UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON McWILLIAMS,

          Petitioner,

v.

SCOTT RUSSELL,

          Respondent.

CASE NO. C14-5859BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's motion to proceed in forma pauperis is **DENIED**. Petitioner has the funds available to pay a $5.00 filing fee. Petitioner has thirty days to pay the full filing fee or this petition will be dismissed without prejudice.

Dated this 10th day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER