UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON McWILLIAMS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT RUSSELL,<br><br>　　　　　　　Respondent. | CASE NO. C14-5859 BHS<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME |

This matter comes before the Court on Petitioner Brandon McWilliams' motion for extension of time (Dkt. 15).

On June 1, 2015, Petitioner filed the instant motion requesting an extension of time to file objections. *Id*. The Court has reviewed the motion and finds that good cause exists to grant an extension. Therefore, the Court **GRANTS** Petitioner's motion and the Court will consider Petitioner's objections (Dkt. 16).

**IT IS SO ORDERED**.

Dated this 16th day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER